**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TEREGINALD WALLACE                                                                                           PETITIONER

v.                                                   NO. 5:14CV00109 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                                    RESPONDENT

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is GRANTED. Document #20. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Tereginald Wallace is dismissed without prejudice so that he may seek permission from the Court of Appeals to file his petition. All requested relief is denied, and judgment will be entered for Hobbs. A certificate of appealability is denied. *See* Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.

IT IS SO ORDERED this 31st day of July, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE