# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TEREGINALD WALLACE                                                                                   PETITIONER

v.                                       NO. 5:14CV00109 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.

Tereginald Wallace's petition is dismissed without prejudice.

IT IS SO ORDERED this 31st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE